UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. COLEMAN,<br><br>          Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION,<br>et al.,<br><br>          Defendants. | CASE NO. CV 06-7513-GPS (PJW)<br><br>ORDER ACCEPTING REPORTS AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Reports and Recommendations of United States Magistrate Judge. No objections to the Reports and Recommendations have been filed. The Court accepts the Magistrate Judge's Reports and adopts them as its own findings and conclusions.

DATED:    Sept. 10, 2008   .

*GEORGE P. SCHIAVELLI*

_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\7513 Order accep r&r.wpd