UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT E. COLEMAN, | ) | Case No. CV 06-7513-GPS (PJW) |
| Plaintiff, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action against Defendant City of Lancaster is hereby dismissed with prejudice.

IT IS FURTHER ADJUDGED that the action against Defendants California Department of Corrections and Rehabilitation ("CDCR"), Hubbard, Kottraba, and Kanan is hereby dismissed without prejudice.

DATED: Sept. 10, 2008.

*GEORGE P. SCHIAVELLI*

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\7513 Judgment.wpd